B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Penny P. Hill<br>1076 Waterfront Lane<br>Lincoln, AL 35096 | **DEFENDANTS**<br>Red Diamond, Inc.<br>P. O. Box 11407<br>Birmingham, AL 35246-1422 |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Harvey B. Campbell, Jr.<br>P. O. Drawer 756<br>Talladega, AL 35161 | ATTORNEYS (If Known)<br>Lucian Gillis, Jr.<br>Two Ravinia Dr., Ste. 650<br>Atlanta, GA 30346 |
| PARTY (Check One Box Only)<br>x Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>x Creditor  ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Violations of 11 U.S.C. § 727

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $50,000.00 |

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Penny P. Hill | BANKRUPTCY CASE NO.<br>08-40801 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District | DIVISION OFFICE<br>Eastern | NAME OF JUDGE<br>JJR |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 BANKRUPTCY |
| PENNY P. HILL, | ) | CASE NO.: 08-40801-JJR-7 |
| Debtors. | ) | |

| | | |
|---|---|---|
| PENNY P. HILL, | ) | ADVERSARY PROCEEDING |
| Plaintiff, | ) | AP NO.: _____ |
| | ) | |
| v. | ) | |
| | ) | |
| RED DIAMOND, INC., a corporation, | ) | |
| Defendant. | ) | |

## COMPLAINT

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334. This adversary proceeding is filed for violations of 11 U.S.C. § 727 and is a core proceeding. This Court has the inherent authority and the authority provided by 11 U.S.C. § 105 to enter such orders as necessary to enforce its orders.

2. On or about April 22, 2008, the Debtor/Plaintiff, PENNY P. HILL, filed a Chapter 7 petition under Title 11 of the United States Code. The Creditor/Defendant was a named creditor in the Debtor's/Plaintiff's Chapter 7 Bankruptcy. (See Debtor's/Plaintiff's Attached Exhibit One (1)) Notice of said bankruptcy was not returned as undeliverable.

3. On or about August 20, 2008, the Debtor/Plaintiff received her Discharge of Debtor after Completion of Chapter 7 Bankruptcy. (See Debtor's/Plaintiff's Attached Exhibit Two (2))

4. On or about February 25, 2008, the Creditor/Defendant filed a suit against the Debtor/Plaintiff and Robert E. Hill in the Circuit Court of Talladega County. However, the Creditor/Defendant did not perfect service on said suit until August 27, 2008, after receiving notice of the Debtor's/Plaintiff's bankruptcy and after the Debtor/Plaintiff received her discharge. (See Debtor's/Plaintiff's Attached Exhibit Three (3))

5. The act of the Creditor/Defendant in perfecting service after the filing of said bankruptcy is willful and/or intentional.

6. The Debtor/Plaintiff has been required to obtain the legal services of Harvey B. Campbell, Jr., an attorney with the law firm of Campbell and Campbell, P.C., to represent her in this proceeding and request that attorney's fees be awarded to said attorney in addition to the

other damages.

    7. As a proximate cause of the Creditor's/Defendant's said acts the Debtor/Plaintiff has been damaged as follows, to-wit:

a. The Debtor/Plaintiff has worried, suffered embarrassment, humiliation, and mental anguish;
b. The Creditor/Defendant has denied the Debtor/Plaintiff a fresh start after having successfully completed a Chapter 7 Bankruptcy and received the Discharge;
c. The Debtor/Plaintiff has been caused to incur extra expenses; and
d. The Debtor/Plaintiff has incurred attorney's fees in bringing this cause of action.

**WHEREFORE,** the Debtor/Plaintiff demands judgment against the Creditor/Defendant, Red Diamond, Inc., for the Creditor's/Defendant's willful, intentional, and/or gross disregard of 11 U.S.C. § 1328(a) in the sum of $50,000.00 in compensatory and punitive damages and that attorney's fees be awarded to the Debtor's/Plaintiff's attorney. The Debtor/Plaintiff further prays for such different and further relief as may be deemed just and proper.

    /s/ Harvey B. Campbell, Jr.

---

Harvey B. Campbell, Jr.
Attorney for Debtor/Plaintiff Penny P. Hill
CAMPBELL & CAMPBELL, P.C.
Post Office Drawer 756
400 S Court Square
Talladega, AL 35161-0756
(256) 761-1858

PLAINTIFF'S EXHIBIT
One (1)

Alabama Publishing Group
3049 Steele Station Road
Rainbow City, AL  35906

Bank of America
P. O. Box 15726
Wilmington, DE  19886-5726

Bank of America
P. O. Box 15102
Wilmington, DE  19886-5102

Bank of America
P., O. Box 15726
Wilmington, DE  19886-5726

Cardmember Service
P. O. Box 94014
Palentine, IL  60094-4014

Care Ambulance
Box 530481
Atlanta, GA  30353-0481

CitiCards
P. O. Box 6408
The Lakes, NV  88901-6408

Countrywide
P. O. Box 660694
Dallas, TX  35215

Countrywide
P. O. Box 660694
Dallas, TX  75266-0694

Emanuel Turner
Cassandra Turner
1937 Springlake Court
Birmingham, AL  35215

Genesis Landing
Attn:  Student Loans
P. O. Box 460
Beaverton, OR  97075-0460

Homecomings Financial
P. O. Box 9001719
Louisville, KY 40290-1719

Internal Revenue Service
P. O. Box 105083
Atlanta, GA 30348-5083

J. C. Penney
P. O. box 960001
Orlando, FL 32896

J. T. Smallwood
Tax Collector
Room 160 Courthouse
716 R. A. Jr. Blvd., N.
Birmingham, AL 35203

Lease Capital Group, Inc
7851 W. 185th Street
Suite 200
Tinley Park, IL 60477

Metro Bank
P., O. Box 465
Pell City, AL 35125

Orlando Patterson
Cassandra Patterson
721 Carson Road
Birmingham, AL 35215

Osborn Brothers, Inc.
P. O. Box 649
Gadsden, AL 35902

Processing Solutions
1250 Powers Ferry
   Commons
Marietta, GA 30067

Red Diamond
P. O. Box 11407
Birmingham, AL 35246-1422

Sals, Use & Business Tax
Sales Tax Delinquent
   Section
P. O. Box 327710
Montgomery, AL 36132

Sam's Club
608 SW 8th Street
Bentonville, AR 72712-6097

Sears
P. O. Box 183081
Columbus, OH 43218

Sirote & Permutt
P. O. Box 55727
Birmingham, AL 35255-5727

State of Alabama
Dept. of Revenue
50 N. Ripley Street
Montgomery, AL 36132

Vanderbilt Mortgage
P. O. Box 2252
Birmingham, AL 35246-0042

VCS
P. O. Box 59207
Minneapolis, MN 55459-0207

Washington Mutual
P. O. Box 9001123
Louisville, KY 40290-1123

PLAINTIFF'S EXHIBIT Two (2)

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA
Eastern Division
1129 Noble Street, Room 117
Anniston, AL 36201

Case No. 08-40801-JJR7
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Penny P. Hill
1076 Waterfront Lane
Lincoln, AL 35096

Social Security No.:
xxx-xx-7210

Employer's Tax I.D. No.:
20-4576997

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 8/20/08

James J. Robinson
United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

ATTENTION DEBTOR:   IMPORTANT DOCUMENT!   PLEASE KEEP FOR YOUR RECORDS!

PLAINTIFF'S EXHIBIT
THREE (3)

AVSO300

ALABAMA JUDICIAL DATA CENTER
TALLADEGA COUNTY

SUMMONS

CV 2008 000097.00
WILLAM E HOLLINGSWOR

IN THE CIRCUIT COURT OF TALLADEGA COUNTY

RED DIAMOND INC VS ROBERT E & PENNY P HILL

SERVE ON: (D002)

HILL PENNY P
1076 WATERFRONT LANE

LINCOLN    ,AL  35096-0000

PLAINTIFF'S ATTORNEY

GILLIS LUCIAN JR
TWO RAVINIA DRIVE
SUITE 650
ATLANTA    ,GA  30346-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

(X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 08/27/2008                CLERK: CLARENCE HAYNES    BY: _____
                                       P. O. BOX 6137
                                       TALLADEGA  AL  35161
                                       (256)761-2102

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

(X) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO _____ IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____                    SERVER SIGNATURE _____

SERVER ADDRESS _____          TYPE OF PROCESS SERVER _____

OPERATOR: JAW
PREPARED: 08/27/2008