**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | } | |
| | } | **A.P. NO. 08-40087** |
| **Penny P. Hill** | } | **CASE NO. 08-40801-JJR-7** |
| | } | |
| **DEBTOR(S)** | } | |
| ---------- | | |
| **Penny P. Hill** | } | |
| | } | |
| | } | |
| **PLAINTIFF(S)** | } | |
| v | } | |
| **Red Diamond, Inc.** | } | |
| | } | |
| **DEFENDANT(S)** | } | |

<u>**ORDER REQUIRING PARTIES' CONFERENCE AND SUBMISSION OF PARTIES'
REPORT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE  7016 AND 7026**</u>

  **IT IS HEREBY ORDERED THAT**, pursuant to Fed. R. Bankr. P. 7026(f), the parties shall confer (in person or by telephone) to consider the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Bankr. P. 7026(a)(1), and to develop a proposed discovery plan that indicates the parties' views and proposals concerning those matters described in Fed. R. Bankr. P. 7026(f)(1)-(4).  After their conference, the parties shall submit to the Court a written report outlining their discovery plan. A scheduling conference with the Court's participation pursuant to Fed. R. Bankr. P. 7016(b) **WILL NOT BE HELD** unless requested by a party or otherwise required by the Court.  Following receipt of the parties' discovery plan, the Court will issue a Scheduling Order pursuant to Fed. R. Bankr. P. 7016(b).

  To assist the parties in their preparation of a discovery plan, a form that may be used to prepare the Report of Parties' Planning Meeting ("Parties' Report") can be found on the Court's website (www.alnb.uscourts.gov) under "Forms."  The parties should fill in the information needed to complete the Parties' Report; this information will be considered by the Court in drafting the Scheduling Order.  Although all parties and their counsel are equally responsible for making sure their required conference is timely held pursuant to Fed. R. Bank. P. 7026(f) and completing the Parties' Report, the plaintiff is responsible for initiating the conference, recording the information needed to complete the Parties' Report, and submitting it to Court as provided below. To assure timely compliance with Fed. R. Bankr. P. 7016(b), the parties' conference must be held no later than **60 days** after the first defendant is served with the complaint.  No later than **14 days** after the conference, the Parties' Report and all other information submitted by the parties as their written report pursuant to Fed. R. Bankr. P. 7026(f), must be filed electronically in the Adversary Proceeding with the Clerk of the Court via CM/ECF, and a copy sent electronically in Word or WordPerfect format to the Court's e-orders box (ordersjjr@alnb.uscourts.gov).

  If additional parties are joined or served after the parties' conference, the Court will favorably consider a timely motion by any party for an additional conference and leave to reasonably amend the Parties' Report.  If a party is having trouble getting the opposing party to cooperate holding a planning conference, such party may file a unilateral Parties' Report signed only by one party, as long as the Parties' Report is accompanied by a letter stating why it only contains one signature.  **Failure to hold the conference and submit a completed Parties' Report by the above deadlines will result in automatic dismissal of this adversary proceeding.**  Thus, if additional time is needed to complete the Parties' Report, a motion to extend time should be filed in CM/ECF.

Dated:  October 16, 2008

                     <u>/s/  James J. Robinson</u>
                     JAMES J. ROBINSON
                     United States Bankruptcy Judge

/bll

# CERTIFICATE OF NOTICE

```
District/off: 1126-1          User: blindsey              Page 1 of 1            Date Rcvd: Oct 16, 2008
Case: 08-40087                Form ID: pdf000             Total Served: 2

The following entities were served by first class mail on Oct 18, 2008.
 pla           Penny P. Hill,   1076 Waterfront Lane,   Lincoln, AL   35096
 dft           Red Diamond, Inc.,   PO Box 11407,   Birmingham, AL   35246-1422

The following entities were served by electronic transmission.                                TOTAL: 0
 NONE.

           ***** BYPASSED RECIPIENTS *****                                                    TOTAL: 0
 NONE.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 18, 2008**              **Signature:**     _Joseph Speetjens_