IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 BANKRUPTCY |
|     PENNY P. HILL, | ) | CASE NO.: 08-40801-JJR-7 |
|         Debtor. | ) | |

| | | |
|---|---|---|
| PENNY P. HILL, | ) | ADVERSARY PROCEEDING |
|     Plaintiff, | ) | AP NO.: 08-40087 |
| | ) | |
| v. | ) | |
| | ) | |
| RED DIAMOND, INC., a corporation, | ) | |
|     Defendant. | ) | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

    **COMES NOW,** the Plaintiff in the above-styled cause, **PENNY P. HILL,** by and through her attorney of record, and moves this Honorable Court to dismiss this adversary proceeding on the grounds that the Plaintiff and the Defendant have reached an agreement on the matter. The matter has been disposed of and the adversary proceeding should be dismissed without prejudice.

/s/ Harvey B. Campbell, Jr.
_____
Harvey B. Campbell, Jr.
Attorney for Debtor/Plaintiff
CAMPBELL & CAMPBELL, P.C.
Post Office Drawer 756
400 S. Court Square
Talladega, AL 35161-0756
(256) 761-1858

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the Plaintiff's Motion to Dismiss Adversary Proceeding filed in the above-styled adversary proceeding by mailing a copy of the same through the United States Postal Service, First Class Mail, Postage Pre-Paid to the parties listed below on this the 21st day of October, 2008:

Lucian Gillis, Jr.

Two Ravinia Drive, Ste. 650
Atlanta, GA  30346

/s/ Harvey B. Campbell, Jr.
_____
Harvey B. Campbell, Jr.
Attorney for Debtor/Plaintiff
CAMPBELL & CAMPBELL, P.C.