## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 BANKRUPTCY** |
| **PENNY P. HILL,** | ) | **CASE NO.: 08-40801-JJR-7** |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| **PENNY P. HILL,** | ) | **ADVERSARY PROCEEDING** |
| **Plaintiff,** | ) | **AP NO.: 08-40087** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RED DIAMOND, INC., a corporation,** | ) | |
| **Defendant.** | ) | |

### ORDER

Having received a Motion to Dismiss Adversary Proceeding (Doc. # 6) from the above-named Plaintiff in the above-styled cause, it is herby ORDERED, ADJUDGED and DECREED that the Motion to Dismiss Adversary Proceeding is accepted and, furthermore, that the above-styled adversary proceeding is hereby dismissed without prejudice.

Dated: October 22, 2008

/s/ James J. Robinson
JAMES J. ROBINSON
United States Bankruptcy Judge

Prepared by:
Harvey B. Campbell, Jr.
CAMPBELL & CAMPBELL, PC
400 S. Court Square
Post Office Drawer 756
Talladega, AL  35161
(256) 761-1858

# CERTIFICATE OF NOTICE

The following entities were served by first class mail on Oct 24, 2008.
pla          Penny P. Hill,   1076 Waterfront Lane,   Lincoln, AL  35096
dft          Red Diamond, Inc.,   PO Box 11407,   Birmingham, AL  35246-1422

The following entities were served by electronic transmission.
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2008**                    **Signature:**        *Joseph Speetjens*